*E-Filed 12/17/10 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Tim Higgins,                                          No. C 09-05943 RS

            Plaintiffs,                      **STANDBY ORDER TO SHOW CAUSE**

      v.

CBSJ Financial Group,

            Defendants.
_____/

      The Court has been informed that the above-entitled action has settled.  Accordingly, the

Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

**February 17, 2011**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to

appear on **February 24, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco

Courthouse** and show cause why the case should not be dismissed.

      IT IS SO ORDERED.

Dated:  12/17/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

    Failure to comply with this Order may result in dismissal of the case.

United States District Court
For the Northern District of California