**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

TIM HIGGINS,

        Plaintiff,

  vs.

CBSJ FINANCIAL GROUP,

        Defendant.

Case No.: **09-cv-5943**

[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE**

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 2/4/11

_____
The Honorable Judge
Hon. Richard Seeborg
United States District Judge